## IN RE: CLIENT SECURITY FUND COMMITTEE

Supreme Court of Arkansas
Delivered June 10, 2004

PER CURIAM. The Honorable Bill W. Bristow, of Jonesboro, is hereby reappointed to the Client Security Fund Committee for a five-year term to expire July 2009.

The Court extends its thanks to Mr. Bristow for accepting this reappointment to this most important committee.